

1   BENJAMIN B. WAGNER
    United States Attorney
2   TODD A. PICKLES
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone:  (916) 554-2700
    Facsimile:   (916) 554-2900
5

6   Attorneys for Plaintiff
    United States of America
7

FILED

APR 0 3 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF APPLICATIONS OF THE UNITED STATES OF AMERICA FOR AUTHORIZATION TO OBTAIN LOCATION DATA CONCERNING CELLULAR TELEPHONES | CASE NOS.   2:12-SW-278 EFB<br>2:12-SW-279 DAD<br>2:12-SW-295 DAD<br>2:12-SW-319 DAD<br>2:12-SW-349 GGH<br>2:12-SW-676 EFB<br>2:12-SW-679 EFB<br>2:12-SW-788 KJN<br>2:12-SW-789 KJN<br>2:13-SW-153 DAD<br>2:13-SW-154 DAD<br>2:13-SW-241 EFB<br>2:13-SW-302 KJN<br>2:13-SW-304 KJN<br>2:13-SW-330 KJN<br>2:13-SW-349 AC<br>2:13-SW-355 AC<br>2:13-SW-351 KJN<br>2:13-SW-374 AC<br>2:13-SW-406 EFB<br>2:13-SW-408 EFB<br>2:13-SW-409 EFB<br>2:13-SW-418 EFB<br>2:13-SW-423 EFB |
| | **REQUEST TO UNSEAL AND [PROPOSED] ORDER** |

1 **REQUEST TO UNSEAL**

2     The Court has sealed the applications and orders authorizing the United States to obtain location

3 data of various cellular telephones as further identified in the above-captioned matters.  The Grand Jury

4 has returned indictments in *United States v. Velardes-Zazueta, et al.*, 2:13-cr-227 GEB, and six related

5 cases as part of a Title III investigation conducted by the Drug Enforcement Administration.  The

6 applications in the above-referenced matters relate to that investigation.  To date, most of the defendants

7 in those cases have been apprehended, arraigned, and judicial process has begun.  Therefore, the United

8 States requests that the above-referenced matters be unsealed and that the United States be permitted to

9 provide copies to the defendants through their counsel.

10                                             Respectfully submitted,

11 Dated:  April 3, 2014                         BENJAMIN B. WAGNER
United States Attorney

12

13                       By:  _____

14                         TODD A.PICKLES
Assistant United States Attorney

15

16                   **[PROPOSED] ORDER**

17     The Court hereby orders that the applications and orders as well as the sealing orders in the

18 above-referenced matters shall be unsealed and made part of the public record.

19 Dated:  4-3-2014

20

21                    Honorable Edmund F. Brennan
United States Magistrate Judge

22

23

24

25

26

27

28